UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN HORTON II,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:21-CV-00280-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION TO AMEND** |

　　　On September 14, 2022, Plaintiff filed a motion to amend. (ECF No. 32.) The Court ordered Defendants to file an opposition or response to this motion by on or before September 28, 2022. (ECF No. 33.) Defendants did not file an opposition or response to the motion by this date.

　　　The Court will *sua sponte* grant Defendants one extension of time to **Friday, October 7, 2022,** to file an opposition or response to this motion. If an opposition or response is filed, any reply shall be due by on or before **Friday, October 21, 2022**. However, if Defendants again fail to file an opposition or response to this motion, the motion will be submitted to the Court for decision as unopposed.

　　　**IT IS SO ORDERED.**

　　　DATED: September 30, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE