# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN HORTON II,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, et. al.,<br><br>　　　　Defendants. | Case No. 3:21-CV-00280-CLB<br><br>**ORDER STRIKING DISCOVERY DOCUMENTS**<br><br>[ECF Nos. 59, 60] |

Plaintiff filed two notices of requests for discovery on the Docket. (ECF Nos. 59, 60.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

**DATED:** October 24, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**