UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN HORTON II,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Defendants. | Case No. 3:21-CV-00280-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On August 23, 2023, Defendants filed a motion for summary judgment. (ECF No. 50.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 51). The original deadline to file a response to the motion for summary judgment was September 14, 2023. (ECF No. 54.) On September 13, 2023, the Court granted an extension of the deadline to file a response until October 30, 2023. (ECF No. 58.) To date, Plaintiff has failed to file an opposition.

The Court will *sua sponte* grant Plaintiff **one final** extension of time to **November 13, 2023,** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the court for decision.

**IT IS SO ORDERED.**

**DATED**: October 31, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**