UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN HORTON, II,<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Defendants. | Case No. 3:21-CV-00280-CLB<br><br>**ORDER STRIKING MOTION TO EXTEND TIME**<br><br>[ECF No. 79] |

    On January 13, 2025, Horton filed a motion to extend time, which requests an extension of time to file an "option reply" in his Ninth Circuit case, *Horton v. Gittere*, Case No. 24-765. (ECF No. 79.) Because it appears this document was inadvertently filed in this action, **IT IS ORDERED** that the motion to extend time, (ECF No. 79), is hereby **STRICKEN**.

    **DATED**: January 13, 2025

                                                                                                       UNITED STATES MAGISTRATE JUDGE